# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Jamell Johns,** | Civil Action No.: 1:09-cv-00173-CAB |
| **Plaintiff,** | |
| v. | Judge: Christopher A. Boyko |
| **Equifax Information Services LLC,** *et al.* | |
| **Defendants.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Jamell Johns, by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, having filed their Stipulation of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Jamell Johns against Defendant Experian only are dismissed, with prejudice. Plaintiff Jamell Johns and Defendant Experian shall each bear their own costs and attorneys' fees.

Date: April 1, 2009

s/Christopher A. Boyko
JUDGE, United States District Court,
Northern District of Ohio (Cleveland)

DISTRIBUTION TO:

Gary Cook, Esq.
gcookesq@yahoo.com